MARIE T. HAUSER, Respondent, *v.* THE METROPOLITAN ELE-VATED RAILWAY COMPANY et al., Appellants.

(Argued March 8, 1892; decided March 25, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made the first Monday of April, 1891, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Julien T. Davies* for appellants.

*Charles Gibson Bennett* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALEXANDER MEAKIM et al., Appellants.

(Argued March 9, 1892; decided March 25, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 16, 1891, reversing an order of the Court of Oyer and Terminer, arresting a judgment in favor of plaintiff entered upon a verdict.

*George F. Danforth* and *A. J. Dittenhoefer* for appellants.

*H. B. B. Stapler* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.